IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS ARREOLA,

    Petitioner,                    No. CIV S-04-2666 GEB GGH P

    vs.

CALIFORNIA BOARD OF
PRISON TERMS, et al.,

    Respondents.                 <u>ORDER</u>

        Petitioner, a state prisoner proceeding pro se with a petition for writ of habeas corpus, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED:  6/9/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
arr2666.vol